# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STUART C. IRBY COMPANY d/b/a IRBY.COM, FACILITY SOLUTIONS GROUP, INC., TRADE SERVICE CO., LLC, McNAUGHTON-McKAY ELECTRIC CO., BROOK ELECTRICAL SUPPLY COMPANY, FROST ELECTRIC SUPPLY CO. d/b/a FROSTELECTRIC.COM, CAPITAL LIGHTING & SUPPLY, LLC d/b/a CAPITALTRISTATE, SHINE LIGHTING, LLC, BULBRITE INDUSTRIES, INC. and LIGHTHOUSE SUPPLY COMPANY, INC.<br><br>　　　　　　　Defendants. | Case Nos.<br><br>1:15-cv-13154-WGY (consolidated lead)<br><br>1:15-cv-13156-WGY<br>1:15-cv-13157-WGY<br>1:15-cv-13159-WGY<br>1:15-cv-13162-WGY<br>1:15-cv-13163-WGY<br>1:15-cv-13808-WGY<br>1:15-cv-13201-WGY<br>1:15-cv-13202-WGY<br>1:15-cv-13209-WGY |

## **NOTICE OF VOLUNTARY DISMISSAL OF PARTIES**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure § 41(a) and pursuant to an agreement between the parties hereto to arbitrate all claims asserted in these consolidated proceedings by Plaintiff Photographic Illustrators Corporation ("PIC") against the parties hereto, PIC hereby voluntarily dismisses the above-captioned consolidated actions with prejudice solely as against Defendants Stuart C. Irby Company d/b/a Irby.com, Facility Solutions Group, Inc., Trade Service Co., LLC, McNaughton-Mckay Electric Co., Brook Electrical Supply Company, Frost Electric Supply Co. d/b/a Frostelectric.com, and Capital Lighting & Supply, LLC d/b/a Capitaltristate (collectively, the "Dismissed Defendants").

By agreement of the parties hereto, on October 21, 2016, PIC asserted claims against the Dismissed Defendants in an arbitration proceeding styled *Osram Sylvania, Inc. v. Photographic Illustrators Corporation*, Case No. 01-16-0000-2652 (the "Arbitration"). The parties hereto

agree that the claims PIC has asserted in these consolidated proceedings will instead be pursued solely in the Arbitration. The parties expressly agree that this dismissal does not extinguish or impair in any way PIC's ability to pursue in the Arbitration the claims PIC previously asserted against the Dismissed Defendants in these consolidated proceedings. This dismissal is without prejudice to further proceedings to confirm or vacate the arbitral award.

PIC's claims against defendants Lighthouse Supply Company, Inc., Shine Lighting, LLC and Bulbrite Industries, Inc. are not dismissed.

Respectfully submitted on October 31, 2016 by:

| | |
|---|---|
| /s/ Craig R. Smith | /s/ David Caplan |
| Craig R. Smith (BBO No. 636,723) | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| Eric P. Carnevale (BBO No. 677,210) | |
| **LANDO & ANASTASI, LLP** | David Caplan (BBO #67220) |
| Riverfront Office Park | 21 Eliot Street |
| One Main Street – 11th Floor | Natick, Massachusetts 01760 |
| Cambridge, MA 02142 | (508) 651-4900 |
| Tel:  (617) 395-7000 | DCaplan@KilpatrickTownsend.com |
| Fax:  (617) 395-7070 | |
| Email: csmith@lalaw.com | Joseph Petersen (admitted *pro hac vice*) |
|            ecarnevale@lalaw.com | 1114 Avenue of the Americas |
| | New York, NY 10036 |
| *Attorneys for Plaintiff* | (212) 775-8700 |
| *Photographic Illustrators Corporation* | JPetersen@KilpatrickTownsend.com |
| | |
| | *Attorneys for Intervenor OSRAM SYLVANIA Inc. and Defendants Stuart C. Irby Company, Facility Solutions Group, Inc., Trade Service Company, LLC, McNaughton-McKay Electric Company, Brook Electrical Supply Company, Frost Electric Supply Company, and Capital Lighting & Supply, LLC* |

- 2 -

## CERTIFICATE OF SERVICE

I certify that on October 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via e-mail in PDF format.

/s/ Eric P. Carnevale
Eric P. Carnevale