IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>      Petitioner,<br><br>  v.<br><br>OSRAM SYLVANIA, INC.,<br><br>      Respondent. | Case No. 1:17-cv-12425-PBS |

## DECLARATION OF CHARLES E. FOWLER, JR.

I, Charles E. Fowler, Jr., declare as follows:

1. I am an adult of sound mind, have never been convicted of a felony, and am fully competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called to testify, could competently testify to them.

2. I am an attorney with McKool Smith, P.C. I am counsel of record for petitioner Photographic Illustrators Corporation in this action.

3. Attached as **Exhibit 1** to this declaration is a true and correct copy of an excerpt from an email chain, terminating on January 31, 2018, between myself and counsel for respondent Osram Sylvania, Inc.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2018                    /s/ *Charles E. Fowler, Jr.*
                                                                               Charles E. Fowler, Jr.

- 2 -

**CERTIFICATE OF SERVICE**

    This is to certify that, on February 5, 2018, a true and correct copy of this Declaration of Charles E. Fowler, Jr. is being filed through the Court's CM/ECF system, which will automatically send electronic copies of this document to all registered participants, as identified on the Notice of Electronic Filing.

                                                           By:   */s/ Charles E. Fowler, Jr.*
                                                                      Charles E. Fowler, Jr.