# EXHIBIT 1

# Charles E. Fowler, Jr.

| | |
|---|---|
| **From:** | Petersen, Joe <JPetersen@kilpatricktownsend.com> |
| **Sent:** | Wednesday, January 31, 2018 3:19 PM |
| **To:** | Charles E. Fowler, Jr.; Gary Cruciani; OSI-PIC |
| **Cc:** | Robert E. Allen; Jodie L. Mow; Eric P. Carnevale (ECarnevale@LALaw.com); Stephanie E. Stutzmann; csmith@lalaw.com |
| **Subject:** | RE: PIC v. OSI Joint Statement |

Charles, our proposal for a stipulated confirmation is addressed to the November award. We will not consent to confirmation of the January award and will not consent to amendment of your current petition to cover that award.

**Joseph Petersen**
**Kilpatrick Townsend & Stockton LLP**
**Menlo Park**
1080 Marsh Road | Menlo Park, CA 94025
office 650 614 6427 | cell 917 859 9680 | fax 650 644 0570
**New York**
The Grace Building | 1114 Avenue of the Americas | New York, NY 10036-7703
office 212 775 8715 | cell 917 859 9680 | fax 212 775 8815
jpetersen@kilpatricktownsend.com | My Profile | VCard

* Admitted in California and New York

---

**From:** Charles E. Fowler, Jr. [mailto:cfowler@McKoolSmith.com]
**Sent:** Wednesday, January 31, 2018 11:42 AM
**To:** Petersen, Joe <JPetersen@kilpatricktownsend.com>; Gary Cruciani <gcruciani@McKoolSmith.com>; OSI-PIC <OSIPIC@kilpatricktownsend.com>
**Cc:** Robert E. Allen <RAllen@McKoolSmithHennigan.com>; Jodie L. Mow <jmow@McKoolSmith.com>; Eric P. Carnevale (ECarnevale@LALaw.com) <ECarnevale@LALaw.com>; Stephanie E. Stutzmann <SStutzmann@LALaw.com>; csmith@lalaw.com
**Subject:** RE: PIC v. OSI Joint Statement

Joe,

Your specifying the "November Award" reminds me that we'll need to work an additional step or two into the proposal. Actually, complete resolution of the case will require our filing an amended petition reflecting the final award, including the award of attorneys' fees and costs. We can add the other respondents as part of that amended petition, too, which will take care of that. We wouldn't need a motion, although we'd need your "written consent" since the period to amend as a matter of course has expired. *See* Fed. R. Civ. P. 15(a)(2). Can you confirm that you'll provide written consent to the amendment?

So the statement will need to indicate (1) that OSI is providing written consent to the filing of an amended petition to confirm the entire final award and to add the other respondents; and (2) that the parties intend to jointly request a judgment confirming the award once the amended petition is filed.

Does that work?

**Charles E. Fowler, Jr.** | Associate | McKool Smith
300 W. 6th Street, Suite 1700, Austin, Texas 78701
512.692.8722 (t) | 512.692.8744 (f)

NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Petersen, Joe [mailto:JPetersen@kilpatricktownsend.com]
**Sent:** Wednesday, January 31, 2018 11:56 AM
**To:** Charles E. Fowler, Jr.; Gary Cruciani; OSI-PIC
**Cc:** Robert E. Allen; Jodie L. Mow; Eric P. Carnevale (ECarnevale@LALaw.com); Stephanie E. Stutzmann; csmith@lalaw.com
**Subject:** RE: PIC v. OSI Joint Statement

Charles, can you please prepare a draft of the statement? We should lay out that the parties intend to file a joint motion: (i) requesting the addition of the Customer Respondents to the confirmation proceedings; and (ii) requesting confirmation of the November Award. Let me know if we should discuss first. Otherwise I look forward to receiving the draft.

- Joe

**Joseph Petersen**
**Kilpatrick Townsend & Stockton LLP**
**Menlo Park**
1080 Marsh Road | Menlo Park, CA 94025
office 650 614 6427 | cell 917 859 9680 | fax 650 644 0570
**New York**
The Grace Building | 1114 Avenue of the Americas | New York, NY 10036-7703
office 212 775 8715 | cell 917 859 9680 | fax 212 775 8815
jpetersen@kilpatricktownsend.com | My Profile | VCard

* Admitted in California and New York

**From:** Charles E. Fowler, Jr. [mailto:cfowler@McKoolSmith.com]
**Sent:** Wednesday, January 31, 2018 9:45 AM
**To:** Petersen, Joe <JPetersen@kilpatricktownsend.com>; Gary Cruciani <gcruciani@McKoolSmith.com>; OSI-PIC <OSIPIC@kilpatricktownsend.com>
**Cc:** Robert E. Allen <RAllen@McKoolSmithHennigan.com>; Jodie L. Mow <jmow@McKoolSmith.com>; Eric P. Carnevale (ECarnevale@LALaw.com) <ECarnevale@LALaw.com>; Stephanie E. Stutzmann <SStutzmann@LALaw.com>; csmith@lalaw.com
**Subject:** RE: PIC v. OSI Joint Statement

Joe,

We need to file a joint statement today in accordance with the Court's January 5 notice and Local Rule 16.1(D). (Although the statement actually was due on Monday and the Court hasn't yet acted on our joint motion to extend the deadline to today, we definitely think it appropriate to file no later than today.) This requires us to meet and confer on a pretrial schedule.

Fortunately, that would seem straightforward here given the summary nature of proceedings under the FAA. We think no discovery necessary to resolve the case. Basically, I think our joint statement will notify the Court that the parties intend to stipulate to adding the other arbitration respondents as parties, and then say either:

1. Confirmation is unopposed, and we anticipate filing an agreed judgment no later than X date; or

2. The case can be decided on cross-motions for summary judgment, which the parties will file no later than Y date.

Which of those things we say depends of course on whether or not you oppose our petition.

Please let me know at your earliest convenience your position on our petition, as well as whether you generally assent to my proposed approach to the joint statement. Give me a call if you'd like to discuss.

Best,

**Charles E. Fowler, Jr.** | Associate | McKool Smith
300 W. 6th Street, Suite 1700, Austin, Texas 78701
512.692.8722 (t) | 512.692.8744 (f)

NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.