# EXHIBIT G

| | |
|---|---|
| **From:** | Petersen, Joe |
| **To:** | AAA Lisa Romeo |
| **Cc:** | Jones, Jordan; Gonder, Jason; Teilhaber, Kris; Vayner, Sabina; Christine Woodin; Caplan, David; Gary Cruciani; Robert E. Allen |
| **Subject:** | RE: Brief Extension: Osram Sylvania, Inc. V. Photographic Illustrators Corporation - Case 01-16-0000-2652 |
| **Date:** | Friday, November 17, 2017 11:20:59 AM |
| **Attachments:** | image002.png |

Dear Lisa, OSI and the Customer Respondents would have no objection if Mr. Bonn elects to issue his decision over the weekend or on Monday. Regards, Joe

**Joseph Petersen**
**Kilpatrick Townsend & Stockton LLP**
**Menlo Park**
1080 Marsh Road | Menlo Park, CA 94025
office 650 614 6427 | cell 917 859 9680 | fax 650 644 0570
**New York**
The Grace Building | 1114 Avenue of the Americas | New York, NY 10036-7703
office 212 775 8715 | cell 917 859 9680 | fax 212 775 8815
jpetersen@kilpatricktownsend.com | My Profile | VCard

* Admitted in California and New York

---

**From:** AAA Lisa Romeo [mailto:LisaRomeo@adr.org]
**Sent:** Friday, November 17, 2017 5:22 AM
**To:** Teilhaber, Kris <KTeilhaber@kilpatricktownsend.com>; Vayner, Sabina <SVayner@kilpatricktownsend.com>; cwoodin@mckoolsmith.com; Caplan, David <DCaplan@kilpatricktownsend.com>; Petersen, Joe <JPetersen@kilpatricktownsend.com>; gcruciani@mckoolsmith.com; rallen@mckoolsmithhennigan.com
**Cc:** AAA Lisa Romeo <LisaRomeo@adr.org>
**Subject:** Brief Extension: Osram Sylvania, Inc. V. Photographic Illustrators Corporation - Case 01-16-0000-2652
**Importance:** High

Counsel,

Arbitrator Bonn is requesting a brief extension until Monday to issue the Award in this matter.

Given the length and complexity of the Award he wants to ensure he has time to complete a final read-through today and if necessary over the weekend. If possible he will issue the Award today, but would like the cushion in case it becomes necessary.

Please confirm your agreement by return email.

Thank you,

Lisa



| Logo | **AAA Lisa Romeo** |
|---|---|
| | **Director of ADR Services** |
| | American Arbitration Association |
| | T: 617 695 6037  F: 617 451 0763  E: LisaRomeo@adr.org |
| | 200 State Street, 7th FL, Boston, MA 02109 |
| | www.adr.org |

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

| | |
|---|---|
| **From:** | Gary Cruciani |
| **To:** | AAA Lisa Romeo; kteilhaber@kilpatricktownsend.com; svayner@kilpatricktownsend.com; Christine Woodin; DCaplan@KilpatrickTownsend.com; jpetersen@ktslaw.com; Robert E. Allen |
| **Subject:** | RE: Brief Extension: Osram Sylvania, Inc. V. Photographic Illustrators Corporation - Case 01-16-0000-2652 |
| **Date:** | Friday, November 17, 2017 11:15:36 AM |
| **Attachments:** | image002.png |

Extension confirmed.

---

**From:** AAA Lisa Romeo [mailto:LisaRomeo@adr.org]
**Sent:** Friday, November 17, 2017 7:22 AM
**To:** kteilhaber@kilpatricktownsend.com; svayner@kilpatricktownsend.com; Christine Woodin; DCaplan@KilpatrickTownsend.com; jpetersen@ktslaw.com; Gary Cruciani; Robert E. Allen
**Cc:** AAA Lisa Romeo
**Subject:** Brief Extension: Osram Sylvania, Inc. V. Photographic Illustrators Corporation - Case 01-16-0000-2652
**Importance:** High

Counsel,

Arbitrator Bonn is requesting a brief extension until Monday to issue the Award in this matter.

Given the length and complexity of the Award he wants to ensure he has time to complete a final read-through today and if necessary over the weekend.  If possible he will issue the Award today, but would like the cushion in case it becomes necessary.

Please confirm your agreement by return email.

Thank you,

Lisa

Logo 

**AAA Lisa Romeo**
**Director of ADR Services**

American Arbitration Association

T: 617 695 6037  F: 617 451 0763  E: LisaRomeo@adr.org
200 State Street, 7th FL, Boston, MA 02109
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.