IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>OSRAM SYLVANIA, INC.,<br><br>    Respondent. | Case No. 1:17-cv-12425-PBS |

## DECLARATION OF ROBERT E. ALLEN

I, Robert E. Allen, declare as follows:

1. I am an adult of sound mind, have never been convicted of a felony, and am fully competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called to testify, could competently testify to them.

2. I am an attorney with the law firm McKool Smith, P.C. I am counsel of record for petition Photographic Illustrators Corp. in the above-referenced action.

3. Attached as **Exhibit A** to this declaration is a true and correct copy of a letter from Joseph Petersen to Bernard J. Bonn III, dated December 1, 2017.

4. Attached as **Exhibit B** to this declaration is a true and correct copy the Disposition for Application of Modification of Award, dated December 22, 2017.

5. Attached as **Exhibit C** to this declaration is a true and correct copy of PIC's Opposition to OSI and Third Party Respondents' Application for Attorneys' Fees and Costs, dated December 22, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2018.
                                                                                   */s/ Robert E. Allen*
                                                                                   Robert E. Allen

2

## CERTIFICATE OF SERVICE

  This is to certify that, on March 21, 2018, a true and correct copy of the foregoing document is being filed through the Court's CM/ECF system, which will automatically send electronic copies of this document to all registered participants, as identified on the Notice of Electronic Filing.

                 */s/ Robert E. Allen*
                 Robert E. Allen (admitted *pro hac vice*)